```
1  LAWRENCE A. ORGAN (SBN 175503)
   ROBERT J.A. FORDIANI (256041)
2  LAW OFFICES OF LAWRENCE A. ORGAN
   407 San Anselmo Avenue, Suite 201
3  San Anselmo, CA 94960
   Tel:    (415) 453-4740
4  Fax:    (415) 785-7352
   Email: larry@civilrightsca.com
5
   BARBARA FIGARI (SBN 251942)
6  THE FIGARI LAW FIRM
   9100 Wilshire Blvd., Suite 333 East
7  Beverly Hills, CA 90212
   Tel:    (310) 910-9442
8  Fax:    (310) 910-9446
   Email: barbara@figarilaw.com
9
   Attorneys for Plaintiff PRINGL MILLER, M.D.
10
11 SHARON L. ANDERSON (SBN 94814)
   County Counsel
12 D. CAMERON BAKER (SBN 154432)
   Deputy County Counsel
13 COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
14 Martinez, California 94553
   Tel:    (925) 335-1800
15 Fax:    (925) 335-1866
   Email: Cameron.baker@cc.cccounty.us

16 Attorneys for Defendant CONTRA COSTA COUNTY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINGL MILLER an individual, | C-13-1100 CRB<br>CASE NO. ~~C13-0110~~ (CRB) |
| Plaintiff, | |
| v. | |
| CONTRA COSTA COUNTY, and DOES 1 through 100, inclusive | **STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING AND HEARING DATE ON DEFENDANT CONTRA COSTA COUNTY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6)** |
| Defendants. | |

Plaintiff Pringl Miller ("Miller" or "Plaintiff") and Defendant Contra Costa County ("Contra Costa" or "Defendant") hereby stipulate, by and through their counsel, as follows:

1. The County filed a Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Hearing on this motion was originally set for August 2, 2010 at 10:00 a.m. Under the original schedule, Plaintiff's opposition brief to this motion would be due on July 9, 2013 and the County's reply brief would be due on July 16, 2013.

2. Defendant requested, and the Plaintiff has agreed, to continue the hearing date from August 2, 2013 at 10:00 a.m. to August 23, 2013 at 10:00 a.m. Plaintiff has requested, and the County has agreed, to extend the time for her to file her opposition brief up to and including July 17, 2013. As a result, the parties have agreed to extend the filing date for the County's reply brief up to and including July 24, 2013.

DATED: July 2, 2013              LAW OFFICES OF LAWRENCE A. ORGAN

                                 Attorneys for Plaintiff

DATED: July 2, 2013              SHARON L. ANDERSON, ESQ.
                                 D. CAMERON BAKER, ESQ.
                                 OFFICE OF THE COUNTY COUNSEL

                                 /s/ Cameron Baker

                                 Attorneys for Defendant

IT IS SO ORDERED.

DATED: _July 2, 2013_            _____
                                 Charles R. Breyer
                                 U.S. District Judge

The case management conference is continued to august 23, 2013 at 10:00 a.m.