LAWRENCE A. ORGAN (SBN 175503)
ROBERT J.A. FORDIANI (256041)
LAW OFFICES OF LAWRENCE A. ORGAN
407 San Anselmo Avenue, Suite 201
San Anselmo, CA 94960
Tel:    (415) 453-4740
Fax:    (415) 785-7352
Email: larry@civilrightsca.com

BARBARA FIGARI (SBN 251942)
THE FIGARI LAW FIRM
9100 Wilshire Blvd., Suite 333 East
Beverly Hills, CA 90212
Tel:    (310) 910-9442
Fax:    (310) 910-9446
Email: barbara@figarilaw.com

Attorneys for Plaintiff PRINGL MILLER, M.D.

SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Tel:    (925) 335-1800
Fax:    (925) 335-1866
Email: Cameron.baker@cc.cccounty.us

Attorneys for Defendant CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINGL MILLER an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, and DOES 1 through 100, inclusive<br><br>Defendants. | C-13-1100 CRB<br>CASE NO. ~~C13-0110~~ (CRB)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING AND HEARING DATE ON DEFENDANT CONTRA COSTA COUNTY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PRO. 12(b)(6)** |

1

STIP. AND [PROPOSED] ORDER RE MTD BRIEFING AND HEARING DATE - CASE NO. C13-0110 (CRB)

     Plaintiff Pringl Miller ("Miller" or "Plaintiff") and Defendant Contra Costa County ("Contra Costa" or "Defendant") hereby stipulate, by and through their counsel, as follows:

1. The County filed a Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Hearing on this motion was originally set for August 2, 2010 at 10:00 a.m. Under the original schedule, Plaintiff's opposition brief to this motion would be due on July 9, 2013 and the County's reply brief would be due on July 16, 2013.

2. Defendant requested, and the Plaintiff has agreed, to continue the hearing date from August 2, 2013 at 10:00 a.m. to August 23, 2013 at 10:00 a.m. Plaintiff has requested, and the County has agreed, to extend the time for her to file her opposition brief up to and including July 17, 2013. As a result, the parties have agreed to extend the filing date for the County's reply brief up to and including July 24, 2013.

DATED: July 2, 2013          LAW OFFICES OF LAWRENCE A. ORGAN

                                          Attorneys for Plaintiff

DATED: July 2, 2013          SHARON L. ANDERSON, ESQ.
                                       D. CAMERON BAKER, ESQ.
                                       OFFICE OF THE COUNTY COUNSEL

                                       /s/ Cameron Baker
                                       Attorneys for Defendant

IT IS SO ORDERED.

DATED: July 2, 2013                                 
                                       Charles R. Breyer
                                       U.S. District Judge

The case management conference is continued to august 23, 2013 at 10:00 a.m.

2
STIP. AND [PROPOSED] ORDER RE MTD BRIEFING AND HEARING DATE - CASE NO. C13-0110 (CRB)